IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT SEWARD

| | |
|---|---|
| RUTH EAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAFEWAY, INC., dba an Alaska Corporation, | ) |
| and ALBERTSONS COMPANIES, INC., dba | ) |
| an Alaska Corporation, | ) |
| | ) |
| Defendants. | ) Case No. 3SW-21-00047 CI |
| | ) |

RECEIVED AUG 03 2021 Dorsey & Whitney LLP Anchorage

## COMPLAINT

Plaintiff Ruth Eames, by and through her counsels of record, LAW OFFICE OF ROBERT STONE, LLC, and Alexander Kammer, *Esq.* of ATTERBURY, KAMMER & HAAG S.C., and for her Complaint against Defendants, states and alleges as follows:

### PARTIES

1. Plaintiff Ruth Eames was a resident of the State of Wisconsin at all times pertinent hereto.

2. Plaintiff Ruth Eames, while shopping at the Safeway store located at 1907 Seward Highway in Seward, Alaska 99664, slipped on blueberry that was on the floor, which caused Plaintiff Ruth Eames to fall to the ground and sustain serious bodily injuries. Plaintiff seeks damages from Safeway, Inc., dba an Alaska Corporation, and Albertsons Companies, Inc., dba an Alaska Corporation. Because of the complex

business structures and obligations between business entities, the parties named in this Complaint are those believed to be responsible for the conditions that gave rise to Plaintiff's injuries. If discovery reveals that one of the named Defendants were not responsible for the conditions that gave rise to Plaintiff's injuries, that named Defendant will be dismissed with prejudice.

3. Upon information and belief, Defendant Safeway, Inc., dba an Alaska Corporation, is a duly licensed business operating within the State of Alaska, Third Judicial District, and was at all times relevant to this litigation.

4. Upon information and belief, Defendant Albertsons Companies, Inc., dba an Alaska Corporation, is a duly licensed business operating within the State of Alaska, Third Judicial District, and was at all times relevant to this litigation.

## JURISDICTION AND VENUE

5. Plaintiff Ruth Eames sustained damages in an amount greater than $100,000

6. The act giving rise to this cause of action occurred in Seward, Alaska.

7. The Court has subject matter jurisdiction.

8. The Court has personal jurisdiction over the parties to this action.

9. Venue in the Third Judicial District is proper.

## FACTUAL BASIS FOR COMPLAINT

10. On or about August 2, 2019, Plaintiff Ruth Eames was shopping at the Safeway store located at 1907 Seward Highway in Seward, Alaska 99664.

Complaint Page 2 of 5
*Eames v. Safeway, Inc., et al.*, Case No. 3SW-21-_____CI
Case 3:21-cv-00197-HRH   Document 1-3   Filed 08/25/21   Page 2 of 8
Exhibit 2
Page 2 of 8

LAW OFFICE OF ROBERT STONE, LLC
1049 W. 5TH AVE., SUITE 102, ANCHORAGE, AK 99501
(907) 276-4190 • FAX (907) 276-4140

11. While walking into the produce section, Plaintiff Ruth Eames slipped on blueberry that was on the floor, which caused Plaintiff Ruth Eames to fall to the ground and sustain serious bodily injuries.

12. The incident was the direct and proximate result of Defendants' negligence.

13. Defendants failed to ensure that the store aisles where Plaintiff Ruth Eames fell and sustained injuries were reasonably free of hazards.

14. Defendants failed to provide any sort of warning of the hazardous condition which led to Plaintiff Ruth Eames' injuries.

15. Defendants failed to properly supervise, direct, and oversee the work performed in the store aisles by other unnamed employees.

16. It was reasonably foreseeable that Plaintiff Ruth Eames, or someone similarly situated, would use the store aisles in a manner similar to Plaintiff Ruth Eames.

17. It was reasonably foreseeable that someone could slip and fall. Defendants were under a duty to take reasonable care to keep the store aisles clear and free of hazards.

18. As a result of the above-reference incident, Plaintiff Ruth Eames suffered damages, including but not limit to medical expenses, pain and suffering, loss of wages, loss of enjoyment of like, and other damages, all in an amount greater than $100,000, the exact amount to be proven at trial. These damages were sustained as a direct and proximate result of Defendants' actions and their failure to act.

Complaint
*Eames v. Safeway, Inc., et al.*, Case No. 3SW-21-         CI

Page 3 of 5

Case 3:21-cv-00197-HRH   Document 1-3   Filed 08/25/21   Page 3 of 8

Exhibit 2
Page 3 of 8

LAW OFFICE OF ROBERT STONE, LLC
1049 W. 5TH AVE., SUITE 102, ANCHORAGE, AK 99501
(907) 276-4190 • FAX (907) 276-4140

## FIRST CAUSE OF ACTION - NEGLIGENCE

19. Plaintiff Ruth Eames incorporates by reference all allegations contained in paragraphs 1 -18.

20. Defendants had a duty to properly maintain the store aisles and to provide a safe environment for Plaintiff as a customer of its business. Defendants breached that duty by failing to properly maintain the store aisles and allowing unsafe conditions to exist.

21. Defendants had a duty to warn any customer of the Safeway building of unsafe conditions which could reasonably cause injury. Defendants breached that duty by failing to warn Plaintiff of the blueberry existing on the floor of the Safeway store aisle.

22. The failure to warn Plaintiff of the dangerous conditions existing on the floor of the Safeway store aisle, the failure to properly maintain the store aisle to keep it clear and free of hazards, and the failure to otherwise provide a safe environment for Plaintiff as a customer of its business, constitutes negligence on the part of Defendants.

23. As a proximate result of Defendants' negligence, Plaintiff suffered damages.

WHEREFORE, having stated her Complaint, Plaintiff Ruth Eames prays for relief against Defendants as follows:

1. For general and special damages for Plaintiff in an amount greater than $100,000, the exact amount to be proven at trial;

LAW OFFICE OF ROBERT STONE, LLC
1049 W. 5TH AVE., SUITE 102, ANCHORAGE, AK 99501
(907) 276-4190 • FAX (907) 276-4140

Complaint                                                                                          Page 4 of 5
Eames v. Safeway, Inc., et al., Case No. 3SW-21-_____CI
Case 3:21-cv-00197-HRH   Document 1-3   Filed 08/25/21   Page 4 of 8
Exhibit 2
Page 4 of 8

2. For pre-judgment and post-judgment interest at the maximum rate allowable by law;

3. For Plaintiff's costs and attorney fees incurred in pursuing this action; and,

4. For such other and further relief as the Court may deem just and equitable.

RESPECTFULLY SUBMITTED this 20th day of July, 2021, at Anchorage, Alaska.

LAW OFFICE OF ROBERT STONE, LLC
Co-Counsel for Plaintiff

By: /s/ Robert Stone

Robert D. Stone, *Esq.*
Alaska Bar No. 9411128

Co-Counsel for Plaintiff
Alexander Kammer, *Esq.*
ATTERBURY, KAMMER & HAAG S.C.
8500 Greenway Boulevard, Suite 103
Middleton, WI 53562-4713
(608) 821-4600 Phone
(608) 821-4610 Fax

Wisconsin Bar No. 1027509
*Pro Hac Vice* (PENDING)

LAW OFFICE OF ROBERT STONE, LLC
1049 W. 5TH AVE., SUITE 102, ANCHORAGE, AK 99501
(907) 276-4190 • FAX (907) 276-4140

Eames v. Safeway, Inc. and Albertsons Co.
**CASE DESCRIPTION – SUPERIOR COURT**  Case Number: 3SW-21-00047 CI

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | Case Type | Action Code |
| **Domestic Relations** | | |
| Divorce With Children (or Pregnant) | Div or Cust w/Children | CISDVC |
| Divorce Without Children | Divorce Without Children | CISDIV |
| Uncontested Divorce With Children (or Pregnant) | Div or Cust w/Children | CISUDVC |
| Uncontested Divorce Without Children | Divorce Without Children | CISUDIV |
| Custody (Unmarried Parents) | Div or Cust w/Children | CISCUS |
| Uncontested Custody (Unmarried Parents) | Div or Cust w/Children | CISUCUS |
| Visitation by Person Other than Parent | Domestic Relations Other | CIVIS |
| Property Division – Unmarried Partners | Domestic Relations Other | CISPROP |
| Legal Separation With Children (or Pregnant) | Legal Separation | CICLS |
| Legal Separation Without Children | Legal Separation | CISLS |
| Annulment | Domestic Relations Other | CIANNUL |
| Uncontested Legal Separation with Children (or Pregnant) | Legal Separation | CIUCLS |
| Uncontested Legal Separation Without Children | Legal Separation | CIUSLS |
| Paternity - Establishment | Domestic Relations Other | CISPAT |
| Paternity - Disestablishment | Domestic Relations Other | CIDPAT |
| Genetic Testing - Failure to Comply with Order for Testing | Domestic Relations Other | CIOSCP |
| Administrative Child Support Order – Modification or Enforcement | Domestic Relations Other | CIPCS |
| PFD or Native Dividend Case | Domestic Relations Other | CIPND |
| Foreign Support Order - Registration, Modification or Enforcement under AS 25.25 | Domestic Relations Other | CIUIFSA |
| Foreign Custody Order – Registration, Modification or Enforcement under AS 25.30 | Domestic Relations Other | DR483 |
| **Both** Foreign Custody & Support Order – Registration, Modification or Enforcement under AS 25.30 and AS 25.25 | Domestic Relations Other | CIFCS |
| Foreign Domestic Relations Order (Not Custody or Support) – Registration, Modification or Enforcement | Domestic Relations Other | CIDRFJ |
| **Landlord/Tenant** | | |
| Eviction (May Include Rent or Damages) | Eviction-Superior Court | CISFED |
| Other Landlord/Tenant (No Eviction) | Civil Superior Court | CISLT |
| **Debt/Contract** | | |
| Debt Collection | Civil Superior Court | CISDEB |
| Claim by Buyer Against Seller of Goods/Services | Civil Superior Court | CISCLAIM |
| Employment – Discrimination | Civil Superior Court | CISEMPD |
| Employment – Other Than Discrimination | Civil Superior Court | CISEMP |
| Other Contract | Civil Superior Court | CISOCT |
| **Real Property Actions** | | |
| Condemnation | Civil Superior Court | CISCNDM |
| Foreclosure | Civil Superior Court | CISFOR |
| Quiet Title | Civil Superior Court | CISQIT |
| Real Property Tax Foreclosure | Superior Court Misc Petition | CISTAX |
| Other Real Estate Matter | Civil Superior Court | CISREM |
| **Foreign Judgment** | | |
| Registration of Foreign Judgment – SEE DOMESTIC RELATIONS FOR FOREIGN **SUPPORT/CUSTODY** ORDERS | Foreign Judgment Superior Ct | CISFOJ |

Eames v. Safeway, Inc. and Albertsons Co.
**CASE DESCRIPTION – SUPERIOR COURT**

Case Number: 3SW-21- 00047 CI

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | Case Type | Action Code |
| **Tort** | | |
| Wrongful Death | Civil Superior Court | CISPID |
| Automobile Tort (But Not Wrongful Death) | Civil Superior Court | CISIDA |
| Claim Against Owner of Real Property for Personal Injury | Civil Superior Court | CISPIO |
| Product Liability | Civil Superior Court | CISPL |
| Intentional Tort (e.g., assault, battery, vandalism) | Civil Superior Court | CISIT |
| Slander/Libel/Defamation | Civil Superior Court | CISSLD |
| X Other Tort | Civil Superior Court | CISIDO |
| Approval of Minor Settlement – Civil Petition *May also be filed as probate case.* | Superior Court Misc Petition | CISPET |
| **Malpractice** | | |
| Legal Malpractice | Civil Superior Court | CISLMP |
| Medical Malpractice | Civil Superior Court | CISMMP |
| Other Malpractice | Civil Superior Court | CISOMP |
| **Other Civil** | | |
| Election Contest or Recount Appeal | Civil Superior Court | CISELE |
| Change of Name - Adult | Change of Name | CICON |
| Change of Name - Minor | Change of Name | CICONM |
| Confession of Judgment | Civil Superior Court | CISCCONF |
| Structured Settlement – AS 09.60.200 | Superior Court Misc Petition | CISSS |
| Administrative Agency Proceeding – Request for Court Assistance | Superior Court Misc Petition | CISWRNT |
| Arbitration - Action Under Uniform Arbitration Act | Civil Superior Court | CISAP |
| Fraud | Civil Superior Court | CISFRAUD |
| Unfair Trade Practice and Consumer Protection | Civil Superior Court Clerk: Issue form CIV-128 | CISUTP |
| Writ of Habeas Corpus | Civil Superior Court | CIWHC |
| Fish & Game - Abatement & Forfeiture of Equipment | Superior Court Misc Petition | CISAF |
| Appointment of Trustee Counsel | Superior Court Misc Petition | CISTC |
| Action Under Alaska Securities Act | Civil Superior Court | CISASA |
| Other Superior Court Complaint | Civil Superior Court | CISOCI |
| Other Superior Court Petition | Superior Court Misc Petition | CISPET |
| **Post-Conviction Relief to Superior Court** | | |
| Post-Conviction Relief | Post-Conviction Relief-Sup Ct | CISPCR |
| **Appeal to Superior Court - From Administrative Agency** | | |
| Election Contest or Recount Appeal – SEE OTHER CIVIL | | |
| DMV Appeal | Appeal from Admin Agency | CIADDMV |
| Employment Security Appeal | Appeal from Admin Agency | CIADRESA |
| Administrative Agency Appeal - Other | Appeal from Admin Agency | CIADR |
| CSSD License Review Action | Petition for Review or Relief | CICSED |
| Petition for Review from Administrative Agency | Petition for Review or Relief | CIPRA |
| Petition for Relief from Administrative Agency – AS 44.62.305 | Petition for Review or Relief | CIPRLF |
| **Appeal to Superior Court - From District Court** | | |
| Civil Appeal | Appeal from District Court | CIACI2 |
| Criminal Appeal | Appeal from District Court | CIACRM |
| Minor Offense Appeal | Appeal from District Court | CIAMO |
| Small Claims Appeal | Appeal from District Court | CIASC |
| Petition for Review from Civil, Criminal, or Minor Offense Case | Petition for Review or Relief | CIPRD2 |
| Petition for Review from Small Claims | Petition for Review or Relief | CIPRSC |

COUNSEL OF RECORD

Eames v. Safeway, Inc. and Albertsons Co.
CASE NO. 3SW-21-00047 CI

KEEP ON TOP OF FILE

| NAME | MAILING ADDRESS & PHONE NUMBER | FOR WHOM |
|---|---|---|
| Robert D. Stone, Esq. | 1049 West 5th Avenue, Suite 102<br>Anchorage, AK 99501 | Plaintiff |
|  | (907) 276-4190 Phone    (907) 276-4140 Fax |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TF-900 (3/00)(5 ½ X 8 ½)(canary cdsk)